UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DUSTIN HARTNETT, an individual, d/b/a HARTNETT CONSTRUCTION, <br><br> Defendant. | Case No. 4:06CV1371 CDP |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Discovery. Plaintiffs have requested the Court's intervention because of defendant's failure to comply with an order of this Court.

In an attempt to further collection efforts, plaintiffs noticed the post-judgment deposition of defendant Dustin Hartnett pursuant to Rule 69 of the Federal Rules of Civil Procedure. That Notice was served by mail on March 12, 2007. The Notice required defendant's attendance at the office of plaintiffs' counsel on April 3, 2007, at 11:00 a.m. and the simultaneous production of documents pertaining to collection efforts. However, Mr. Hartnett did not appear for his deposition or produce any of the requested documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel discovery [#15] is hereby GRANTED. Defendant Dustin Hartnett is ordered to appear for a post-judgment deposition at the offices of plaintiffs' counsel on **Tuesday, May 22, 2007 at 11:00 a.m.** and he must produce any previously-requested documents at that time.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend the memorandum [#18] is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2007.