UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:06CV1371 CDP ) |
| DUSTIN HARTNETT, an individual, d/b/a HARTNETT CONSTRUCTION, | ) ) ) |
| Defendant. | ) |

## ORDER OF CIVIL CONTEMPT

This matter is before me on plaintiffs' motion for civil contempt against defendant Dustin Hartnett. On May 30, 2007, I issued an Order to Show Cause and set this motion for a hearing. The Order to Show Cause was served by mail on Hartnett by the Clerk's office. On June 6, 2007, I reset the hearing in an order that was also served on Hartnett by the Clerk's office. On June 21, 2007, Hartnett failed to appear at the show cause hearing.

For the reasons stated on the record at the hearing and in plaintiffs' motion, I find Dustin Hartnett in civil contempt for his willful failure to comply with the plaintiffs' Rule 69 post-judgment deposition notice, served by mail on March 12, 2007, and the Court's order of May 3, 2007, enforcing that notice and ordering Hartnett to appear for a deposition and to produce documents. I therefore impose

civil contempt sanctions against him in the amount of $200.00 for each day that he continues to refuse to comply.  In addition, if Hartnett has not complied with the Court's May 3, 2007, Order by July 9, 2007 at 5:00 p.m., the Court will issue a body attachment order.  Dustin Hartnett may purge himself of contempt at any time by complying in full with the Court's May 3, 2007, Order.  Upon complying with the May 3, 2007, Order, the monetary sanctions will stop accumulating.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Dustin Hartnett is found to be in **civil contempt** of the Court for his willful failure to comply with the Court's May 3, 2007, Order.

**IT IS FURTHER ORDERED** that civil contempt sanctions are levied against defendant in the amount of $200.00 for each day that Dustin Hartnett refuses to comply with the Court's May 3, 2007, Order.  Payment should be made to the Clerk of the Court.

**IT IS FURTHER ORDERED** that defendant Dustin Hartnett shall pay plaintiffs' attorney fees' and costs in bringing the motion for contempt.

**IT IS FURTHER ORDERED** that if defendant Dustin Hartnett has not complied with the Court's May 3, 2007, Order **by July 9, 2007, at 5:00 p.m.**, this Court will issue a body attachment order.

**IT IS FINALLY ORDERED** that **defendant Dustin Hartnett may purge himself of contempt at any time by complying in full with the Court's May 3, 2007, Order.**

                                             */s/ Catherine D. Perry*
                                             CATHERINE D. PERRY
                                             UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2007.